NUMBER 13-08-00525-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

ELIJIO SANCHEZ, Appellant,


v.



THE STATE OF TEXAS, Appellee.

____________________________________________________________


On Appeal from the 347th District Court of Nueces County, Texas.


____________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Rodriguez, and Benavides 


Memorandum Opinion Per Curiam



 Appellant, Elijio Sanchez, by and through his attorney, has filed a motion to non-suit
appeal, requesting the Court dismiss his appeal. See Tex. R. App. P. 42.2(a). Without
passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate
Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's
request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

 PER CURIAM


Do not publish. See Tex. R. App. P. 47.2(b). 

Memorandum Opinion delivered and filed

this the 26th day of March, 2009.